**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00428-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO LUJAN-FABELA,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on January 27, 2016, it is hereby

    ORDERED that Defendant Antonio Lujan-Fabela is sentenced to **TIME SERVED.**

    Dated:  January 27, 2016.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                  LEWIS T. BABCOCK,
                                  UNITED STATES DISTRICT JUDGE